## MITCHELL RIBEIRO *v.* COMMISSIONER OF CORRECTION
### (AC 33363)

Robinson, Espinosa and Sheldon, Js.

Submitted on briefs May 25—officially released June 19, 2012

Per Curiam. The appeal is dismissed.

## GAIL FLYNN *v.* MARTIN FLYNN, JR.
### (AC 33720)

Robinson, Espinosa and Sheldon, Js.

Submitted on briefs May 25—officially released June 26, 2012

Per Curiam. The judgment is affirmed.

## MORTGAGE LINE OF CT, LLC *v.* TULLAT MAHMOOD ET AL.
### (AC 33463)

Robinson, Espinosa and Bishop, Js.

Argued May 24—officially released June 26, 2012

Per Curiam. The judgment is affirmed and the case is remanded for the purpose of setting a new sale date.